JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brianna Wilde, individually;<br><br>    Plaintiff,<br><br>vs.<br><br>Smith's Food & Drug Centers Inc, and DOES 1 through 50; and ROE CORPORATIONS 51 through 100<br><br>    Defendants. | Case No. 2:25-cv-00455-RFB-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    WHEREAS, counsel for the parties have agreed upon a full and final settlement of this matter;

    IT IS HEREBY STIPULATED AND AGREED by and between JAMIE CORCORAN, ESQ. of the law firm NEVADA LEGAL GROUP,  Attorneys for Plaintiff BRIANNA WILDE, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

    1.    That the claims herein of Plaintiff BRIANNA WILDE against SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /'

NG-C2N3CBX6 4897-7147-1928.1

2. That the Court vacate any deadlines or filing dates on the Court's docket.

Respectfully submitted this 5th day of May, 2025.

| NEVADA LEGAL GROUP | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Jamie H. Corcoran | /s/ Jerry S. Busby |
| Jamie H. Corcoran, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 11790 | Nevada Bar No. 1107 |
| 3225 South Rainbow Boulevard - #204 | 3016 West Charleston Boulevard, #195 |
| Las Vegas, NV 89146 | Las Vegas, NV 89102 |
| Telephone: (702) 538-7824 | Telephone: (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| BRIANNA WILDE | SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED**. The Clerk of Court is directed to close this case.

**DATED**: this 6th day of May, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**